LATHROP, Respondent, v. ONDRAK, Appellant. (Supreme Court, Appellate Division,

Second Department. January 20, 1905.) Action by Carrie B. Lathrop against Jacob A. Ondrak. No opinion. Order affirmed, with $10 costs and disbursements.